In re Rico Jaruiase JOY, Petitioner.

No. 12–2028.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 15, 2012.

Rico Jaruiase Joy, Petitioner Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Jaruiase Joy petitions for a writ of audita querela. Joy is not entitled to the relief he seeks and we therefore deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*